**Slip Op. 00-13**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

| | |
|---|---|
| _____ : | |
| THE TIMKEN COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No. 97-03-00394 |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant, : | |
| : | |
| L & S BEARING COMPANY; PEER : | |
| BEARING COMPANY; and SHANGHAI : | |
| GENERAL BEARING COMPANY, LTD., : | |
| : | |
| Defendant-Intervenors. : | |
| _____: | |

### JUDGMENT

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), Timken Co. v. United States, 23 CIT ___, 59 F. Supp. 2d 1371 (1999), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on December 13, 1999, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues having been previously decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     February 8, 2000
          New York, New York